Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Irene Denise Holmes** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christopher Dewayne Holmes** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number  3:17-bk-02735
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Santander Consumer USA**<br>Description of property securing debt: **2014 Kia Sorento 59958 miles VIN: 5XYKT4A6XEG510206 Location: 3660 Alec Jeremy Lane, Jacksonville FL 32210** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Santander Consumer USA**<br>Description of property securing debt: **2010 Ford Escape 148457 miles VIN: 1FMCU0D74AKB01049 Location: 3660 Alec Jeremy Lane, Jacksonville FL 32210** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Wells Fargo Home Mor**<br>Description of property: **3660 Alec Jeremy Lane** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a Reaffirmation Agreement. | ☐ No<br>■ Yes |

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      page 1

Debtor 1   **Irene Denise Holmes**
Debtor 2   **Christopher Dewayne Holmes**                               Case number (if known) **3:17-bk-02735**

property securing debt: **Jacksonville, FL 32210 Duval County**     ☐ Retain the property and [explain]:

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Flex Shopper** | ☐ No  ☒ Yes |
| Description of leased Property: **Beats ear phones and DVD player** | |
| Lessor's name: **Why Not Lease It** | ☐ No  ☒ Yes |
| Description of leased Property: **Big Lots Lease - paid outside of plan** | |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Irene Denise Holmes**                        X **/s/ Christopher Dewayne Holmes**
**Irene Denise Holmes**                                 **Christopher Dewayne Holmes**
Signature of Debtor 1                                    Signature of Debtor 2

Date **May 1, 2018**                                      Date **May 1, 2018**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

IRENE DENISE HOLMES
CHRISTOPHER DEWAYNE HOLMES

      Debtor.

Case No. 3:17-bk-02735

Chapter 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the **Statement of Intentions** was served by electronic transmission upon all parties having entered an appearance in this case via the Court's CM/ECF system on this 2nd day of May, 2018.

/s/ Thomas C. Adam
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
301 W. Bay Street, Suite 1430
Jacksonville, FL 32202
(904) 329-7249
(904) 516-9230 facsimile
tadam@adamlawgroup.com